No. 88–7459.  JONES *v.* SOUTH CAROLINA.  Sup. Ct. S. C.;
No. 88–7461.  WOOMER *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. S. C.;
No. 88–7555.  ROE *v.* OHIO.  Sup. Ct. Ohio;
No. 89–5208.  McGEE *v.* TEXAS.  Ct. Crim. App. Tex.;
No. 89–5478.  MOORE *v.* KENTUCKY.  Sup. Ct. Ky.;
No. 89–5624.  SMITH *v.* SOUTH CAROLINA.  Sup. Ct. S. C.;
No. 89–6003.  STRONG *v.* PENNSYLVANIA.  Sup. Ct. Pa.;
No. 89–6383.  ANDREWS *v.* CALIFORNIA.  Sup. Ct. Cal.;
No. 89–6385.  FOWLER *v.* OKLAHOMA.  Ct. Crim. App. Okla.;
No. 89–6419.  BREWER *v.* OKLAHOMA.  Ct. Crim. App. Okla.;
No. 89–6538.  FIERRO *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.;
No. 89–6571.  SLOAN *v.* MISSOURI.  Sup. Ct. Mo.;
No. 89–6608.  FOX *v.* OKLAHOMA.  Ct. Crim. App. Okla.;
No. 89–6653.  WALLS *v.* MISSOURI.  Sup. Ct. Mo.; and
No. 89–6785.  HEISHMAN *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.